IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3121 |
| vs. | ORDER |
| SAMUEL TURNER, | |
| Defendant. | |

Upon consideration of Defendant's motion for new counsel, and after convening a hearing on that motion,

IT IS ORDERED that Defendant's motion for new counsel, (Filing No. 43), is denied.

January 31, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge