IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3121 |
| v. | ) | **MEMORANDUM AND ORDER** |
| SAMUEL TURNER, | ) | |
| Defendant. | ) | |

At the conclusion of a suppression hearing on January 16, 2018, Magistrate Judge Cheryl R. Zwart, on the record, made certain findings of fact (Filing No. 42) and recommended that Defendant's Motion to Suppress (Filing No. 20) be denied. No objections to the Findings and Recommendation were filed within 14 days following the filing of the transcript of the hearing, as instructed by Judge Zwart and as specified by 28 U.S.C. § 636(b).

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, the Findings and Recommendation should be adopted and Defendant's motion to suppress should be denied. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 42 at CM/ECF pp. 55-57) are adopted.

2. Defendant's Motion to Suppress (Filing No. 20) is denied.

DATED this 7th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge