IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL TURNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A non-party has filed a motion seeking the return of property. The non-party relies upon a power of attorney allegedly granted to that person by the defendant. Accordingly,

IT IS ORDERED that the government shall file a responsive brief addressing the motion (filing no. 100) on or before the close of business on Friday, April 20, 2018. Furthermore, the Clerk shall refuse and return any further filings by the non-party without an order from me permitting a subsequent filing by the non-party.

DATED this 12th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge