IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:17CR3121 |
| v. | ) | |
| SAMUEL TURNER, | ) | ORDER |
| Defendant. | ) | |

After careful consideration,

IT IS ORDERED that:

(1) The motion to proceed in forma pauperis on appeal (filing no. 122) is granted.

(2) The motion to withdraw as attorney of record for the defendant (filing no. 123) is held in abeyance. The Clerk is directed to provide the Clerk of the United States Court of Appeals for the Eighth Circuit with a copy of said motion (filing no. 123). The Clerk shall also provide the Court of Appeals with a copy of this order. The Court of Appeals is herewith advised that the undersigned will not rule upon the motion to withdraw (filing no. 123) unless directed to do so by the Court of Appeals.[1]

(3) The Clerk shall provide the defendant with a copy of this order, in addition to providing CM/ECF notice to counsel.

DATED this 21st day of May, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] A notice of appeal (filing no. 120) has been filed. Accordingly, a question arises as to whether this court has jurisdiction to rule on the motion to withdraw. Therefore, the matter has been referred to the Court of Appeals.