IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:17CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL TURNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Clerk of Court shall file the defendant's motion and then provide a copy of same to the Eighth Circuit Court of Appeals Clerk.

DATED this 5th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge