IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL TURNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Because this matter is on appeal and also because the motions lack merit,

IT IS ORDERED that the defendant's motion for defense counsel "to turn over case file" (filing no. 136), motion for production of docket sheet (filing no. 138), and motion to appoint counsel (filing no. 139) are denied.

DATED this 12th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge