IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL TURNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Plaintiff shall file a response to the Second Motion for Return of Property by Cheryl Turner (filing no. 144) on or before November 8, 2019.

(2) The Clerk of Court shall mail a copy of this order and filing no. 144 to Cheryl Turner.

DATED this 25th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge