IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL TURNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Treating Filing no. 151 as a motion to return seized property,

IT IS ORDERED that Plaintiff shall respond to Filing no. 151 on or before January 2, 2020.

DATED this 3rd day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge