IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3121 |
| vs. | |
| SAMUEL TURNER, | ORDER |
| Defendant. | |

IT IS ORDERED that the defendant's motion for return of property post trial (Filing no. 151) is denied as premature.

Dated this 20th day of December, 2019.

BY THE COURT:

*Richard G. Kopf*

Senior United States District Judge