IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3121 |
| vs. | |
| SAMUEL TURNER, | ORDER |
| Defendant. | |

IT IS ORDERED that the defendant's motion to extend (Filing 157) is denied without prejudice to reassertion at the time of filing a § 2255 motion.

Dated this 18th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge