IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAMUEL TURNER,<br><br>　　　　　　Defendant. | 4:17CR3121<br><br>**MEMORANDUM AND ORDER** |

　　　　The government is holding cash in the sum of $2,141.00. That money was used as evidence in this case but is not forfeited. That money was apparently seized from Mr. Turner. The court is aware that Cheryl Turner claims some right, title or interest in said monies. (See Filing 144.) Her claim is apparently predicated on the asserted obligation of Mr. Turner to pay child support. Mr. Turner alleges that he is not obligated to Ms. Turner. The government seeks an order informing it how to dispose of the cash presently in its custody given the competing claims and the fact that the government no longer needs the money for evidence. (See Filing 159.) Accordingly,

　　　　IT IS ORDERED that:

　　　　1.　　The government's motion for determination of disposition of seized currency (Filing 159) is granted.

　　　　2.　　The government shall return the cash to Mr. Turner no earlier than May 31, 2021, unless it is served with process from a court of competent jurisdiction directing otherwise. In other words, if Ms. Turner is entitled to the money, she should seek an order from a court of competent jurisdiction so providing. That order should be served on the government, in care of Sara Fullerton, Assistant United States

Attorney, 487 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska 68508.

3. The Clerk shall send a copy of this order to Mr. Turner and Ms. Turner at their last known addresses.

4. The Clerk shall send a copy of this order to the government utilizing CM/ECF notification.

Dated this 1st day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge