IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:17CR3121** |
| vs. | |
| SAMUEL TURNER, | **ORDER** |
| Defendant. | |

For a variety of reasons, I will deny Defendant's Motion for Extension of Time to File a § 2255 Motion. First, Mr. Turner while signing the certificate of service, did not sign his motion. Second, to the extent that I have authority to extend the time to file a § 2255 motion, I decline to do so because the motion is untimely. Therefore,

IT IS ORDERED that Defendant's Motion for Extension of Time to File a § 2255 Motion (Filing 164) is denied.

Dated this 11th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge