IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:17CR3121** |
| vs. | |
| SAMUEL TURNER, | **ORDER** |
| Defendant. | |

IT IS ORDERED that Samuel Turner's motion for reconsideration (Filing 166) is denied, for the reasons indicated in the undersigned's previous order (Filing 165).

Dated this 8th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge