IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3121 |
| vs. | ORDER |
| SAMUEL TURNER, | |
| Defendant. | |

IT IS ORDERED that the defendant's "motion for leave to file motion for reconsideration of court order, or in the alternative, motion for relief from judgment pursuant to Rule 60(B)(6)" (Filing 168) is denied.

Dated this 6th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge