IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3121 |
| vs. | |
| SAMUEL TURNER, | ORDER |
| Defendant. | |

Although I doubt the defendant is entitled to relief, out of an abundance of caution, I will request the government's counsel to respond to the most recent motion. Therefore,

IT IS ORDERED that no later than December 16, 2021, the government shall respond to the defendant's "motion for leave to allow for filing a 28 U.S.C. 2255 motion and memorandum of law nunc pro tunc due to clear and lawful excusable neglect, or in the alternative, motion for relief from judgment pursuant to Rule 60(B)(6)" (Filing 170). This order explicitly determines that the defendant may not respond to the government's submission.

Dated this 16th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge