IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SAMUEL TURNER,<br><br>  Defendant. | 4:17CR3121<br><br>**MEMORANDUM AND ORDER** |

Samuel Turner has filed a motion for leave to file a late § 2255 motion. (Filing 170.) The government has submitted a fully responsive and complete brief. (Filing 174.) There is no reason to restate what counsel for the government argues. The motion, frankly, is frivolous. There is also no basis for filing a judgment under Rule 60. Therefore,

IT IS ORDERED that the motion for leave to file a late § 2255 motion (Filing 170) is denied. To the extent that the defendant seeks a motion under Rule 60, it is denied as frivolous.

Dated this 4th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge