IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3121 |
| vs. | |
| SAMUEL TURNER, | JUDGMENT |
| Defendant. | |

IT IS ORDERED that the motion for leave to file a late § 2255 motion and the alternative motion for relief from judgment pursuant to Rule 60 are denied.

Dated this 4th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge