IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 4:17-CR-3121

SAMUEL TURNER,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Samuel Turner, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eight Circuit from the judgment entered in this criminal action on June 5, 2024.

Dated: June 17, 2024

Samuel Turner #13254-047
FCI EDGEFIELD
PO Box 725
Edgefield, SC 29824-0725

RECEIVED
JUN 24 2024
CLERK
U.S. DISTRICT COURT

Samuel Turner, #13254-047
Federal Correctional Institution
PO Box 725
Edgefield, SC 29824-0725

ATLANTA GA RPDC 302
18 JUN 2024 PM 3 L

Office of the Clerk
U.S. Courthouse
111 S. 18th Plaza Ste. 1152
Omaha, NE 68102-1322

RECEIVED
JUN 24 2024
CLERK
U.S. DISTRICT COURT

Legal Mail

68102-132277

Legal Mail

