IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL TURNER,<br><br>Defendant. | 4:17-CR-3121<br><br>ORDER |

For the reasons stated in the Court's previous order (filing 190), the defendant cannot use a motion under 18 U.S.C. § 3582(c) to collaterally attack the accuracy of the presentence report. Accordingly,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 199) is denied.

Dated this 16th day of September, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge